UST-31, 3/03

JILL H. FORD
Chapter 7 Panel Trustee

P.O. Box 5845
CAREFREE, AZ 85377

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RUBI, JORGE EFREN | ) | Case No. <u>14-09358-PHX DPC</u> |
| RUBI, ANGELICA MARIE | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| Debtor(s). | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |

JILL H. FORD, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 4 | Speedy Cash<br>P.O. Box 780408<br>Wichita, KS 67278 | $3.71 |
| 5 | Atlas Acquisitions LLC Assignee of Fst Bk Del/thinkcash<br>Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | $4.22 |
| 12 | Ashley Funding Services, LLC its successors and assigns as assignee of Laboratory Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $0.11 |
| 13 | Ashley Funding Services, LLC its successors and assigns as assignee of Laboratory Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $0.17 |
| 17 | *Notices*<br>Portfolio Recovery Associates, LLC, successor in interest to GE CAPITAL RETAIL BANK (CARE CREDIT) by PRA Receivables Management, LLC, agent<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | $4.81 |

*Payment*
Portfolio Recovery Associates, LLC, successor in interest to
GE CAPITAL RETAIL BANK (CARE CREDIT) by
PRA Receivables Management, LLC, agent
Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

| February 5, 2016 | /s/ Jill H. Ford |
|---|---|
| DATE | JILL H. FORD, TRUSTEE |